UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H&H METALS CORP.,
                      Plaintiff,

            -v-

ERNESTO BERNADET,
                      Defendant.

21-CV-1323 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

For the reasons stated on the record at the conference held on January 20, 2022, Plaintiff's motion for default judgment at Docket Number 13 is granted. Defendant's cross motion to set aside the default at Docket Number 21 is denied. Plaintiff's letter motion to compel at Docket Number 29 is denied as moot. The Clerk of Court is directed to terminate Docket Numbers 13, 21, and 29.

     SO ORDERED.

Dated: January 20, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge